W. B. Crowell, for respondents. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. MERRY, Appellant, v. SCANNELL, Respondent. (Supreme Court, Appellate Division, First Department. April 21, 1899.) Proceeding by the people, on the relation of James W. Merry, against John J. Scannell, commissioner, etc. J. E. Duress, for appellant. T. Farley, for respondent. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. REYNOLDS, Appellant, v. WHITNEY, Respondent. (Supreme Court, Appellate Division, Third Department. March 14, 1899.) Proceeding by the people, on the relation of George Reynolds, against Edgar A. Whitney, as sheriff. No opinion. Motion that all the papers included in the justice's return be used upon the argument of the appeal granted. Order of county judge affirmed.

PEOPLE ex rel. SHERIDAN, Appellant, v. DELEHANTY et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 14, 1899.) Proceeding by the people, on the relation of John Sheridan, against Patrick Delehanty and others, constituting the board of police commissioners of Long Island City. No opinion. The determination of this case was against the clear weight of evidence, and cannot be supported. Determination annulled, with $50 costs and disbursements, and relator directed to be reinstated in his office.

PEOPLE ex rel. SULLIVAN, Appellant, v. MOSS et al., Respondents. (Supreme Court, Appellate Division, First Department. April 14, 1899.) Proceeding by the people, on the relation of Patrick S. Sullivan, against Frank Moss and others. L. J. Grant, for appellant. T. Farley, for respondents. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. VAN DEMARK, Appellant, v. COLER, Respondent. (Supreme Court, Appellate Division, First Department. April 21, 1899.) Proceeding by the people, on the relation of Harry S. Van Demark, against Bird S. Coler, comptroller. E. B. La Fetra, for appellant. T. Farley, for respondent. No opinion. Order affirmed, with costs.

PEOPLE ex rel. WALSH, Appellant, v. MARTIN et al., Respondents. (Supreme Court, Appellate Division, First Department. February 17, 1899.) Proceeding by the people, on the relation of George H. Walsh, against James J. Martin and others. S. J. Stilwell, for appellant. T. Connoly, for respondents. No opinion. Proceedings affirmed, with costs.

PEOPLE ex rel. WHEELWRIGHT, Appellant, v. YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 18, 1899.) Proceeding by the people, on the relation of Charles A. Wheelwright, against Bernard J. York and others, as commissioners of police. No opinion. Order affirmed on argument, with $10 costs and disbursements.

PERNE, Respondent, v. KRUTINA, Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1899.) Action by Nicholas Perne against Frederick Krutina. No opinion. Application for resettlement of order denied.

PERNE, Respondent, v. KRUTINA, Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1899.) Action by Nicholas Perne against Frederick Krutina. No opinion. Order modified on argument by reducing amount of costs to be paid on opening default to $100, and as modified affirmed, without costs of this appeal, on defendant paying such sum forthwith, and stipulating to have cause set down for trial on two days' notice.

PERSONS et al., Respondents, v. KRUGER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1899.) Action by Henry H. Persons and another, as receivers, etc., against Edward H. Kruger, impleaded. No opinion. Judgment affirmed, with costs. See 57 N. Y. Supp. 416.

In re PORT CHESTER ST. RY. CO. (Supreme Court, Appellate Division, Second Department. March 10, 1899.) In the matter of the application of the Port Chester Street-Railway Company for appointment of commissioners, etc. No opinion. William C. Wallace, of the borough of Brooklyn, appointed commissioner in the place of Nathaniel H. Clement, deceased. See 55 N. Y. Supp. 1146.

PORTER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. April 21, 1899.) Action by John F. Porter against the Metropolitan Street-Railway Company. From a judgment for plaintiff, defendant appeals. Affirmed. Henry A. Robinson, for appellant. Hart & Hopkins, for respondent.

PER CURIAM. The appellate division of this department having declared the act creating the municipal court of the city of New York constitutional (Irwin v. Railway Co. [Sup.] 57 N. Y. Supp. 21), the judgment must be affirmed, with costs. Judgment affirmed, with costs.

PRICE et al., Respondents, v. BURNHAM, Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1899.) Action by Theodore H. Price and others, as members of and composing the co-partnership of Price, McCormick & Co., against Frederick H. Burnham. No opinion. Judgment and order affirmed, with costs.

PRINTZ, Appellant, v. CAMPBELL et al., Respondents. (City Court of New York, General Term. March 28, 1899.) Action by one Printz against Hotchkiss and Campbell, impleaded. From a judgment for defendants, plaintiff appeals. Affirmed. Wm. C. Reddy, for appellant. Wm. E. Stewart, for respondents.

HASCALL, J. The plaintiff clearly shaped his own course as to dealings with the respondent